IN THE SUPREME COURT OF THE STATE OF NEVADA

JAMES KENNETH FLOYD,
Appellant,
vs.
ISIDRO BACA, WARDEN,
Respondent.

No. 71355

FILED

JUN 15 2017

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER OF AFFIRMANCE

This is a pro se appeal from a district court order denying appellant James Floyd's July 19, 2016, postconviction petition for a writ of habeas corpus. First Judicial District Court, Carson City; William A. Maddox, Judge. Floyd challenged the computation of time he has served. We affirm.[1]

Floyd claimed that the Nevada Department of Corrections is not deducting statutory credits from his minimum sentences pursuant to NRS 209.4465(7)(b). Floyd's claim lacks merit. NRS 209.4465(7) begins, "Except as otherwise provided in subsection[ ] 8," and NRS 209.4465(8) specifically excludes offenders convicted of category B felonies from deducting statutory credits from their minimum sentences. Floyd's controlling sentences are for category B felonies, *see* NRS 205.060; NRS 205.275(2)(c), that were committed after the effective date of NRS

---

[1]This appeal has been submitted for decision on the record without briefing or oral argument. NRAP 34(f)(3), (g); *see also* NRAP 31(d)(1); *Luckett v. Warden*, 91 Nev. 681, 682, 541 P.2d 910, 911 (1975).

17-19845

209.4465(8). Accordingly, Floyd is not entitled to the deduction of credits from his minimum sentences, and we

ORDER the judgment of the district court AFFIRMED.

_____, J.
Hardesty

_____, J.
Parraguirre

_____, J.
Stiglich

cc:    First Judicial District Court, Dept. 1
Hon. William A. Maddox, Senior Judge
James Kenneth Floyd
Attorney General/Carson City
Carson City Clerk